JAPAN IMPORT CO., INC. *v.* UNITED STATES

**No. 4402.**—Invoices dated Kobe, Japan, May 16, 26, 1934.
Certified May 17, 31, 1934.

Entered at Baltimore, Md., June 25, July 7, 1934.
Entry Nos. 3851, 49.

(Decided October 1, 1938)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

ORDER

Upon reading and filing the annexed motion by the attorneys for the plaintiff herein, dated the 26th day of September 1938, the affidavit of Hadley S. King, verified the 26th day of September 1938, and brief of plaintiff's attorneys, thereto annexed, and

Upon all the papers and proceedings had herein, and due deliberation having been had, it is

ORDERED that the said motion made by the plaintiff's attorneys, is hereby granted, and it is further

ORDERED AND DECREED that the instant appraisements are null and void, and the same hereby are vacated and set aside, on the ground that the collector failed to designate, and the appraiser failed to examine, at least one out of every ten packages, as required by the provisions of section 499 of the Tariff Act of 1930.

CHAS. P. McCLELLAND,
*Presiding Judge.*

OCTOBER 1, 1938

**No. 4403.—** *W. J. Byrnes & Co.* (*Philipp Wirth*) v. *United States.* Exporter, Seitz-Werke G. m. b. H. Entered at San Francisco, Calif. Published Reap. Dec. 4387. Motion by plaintiffs.